IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ROD TURNER,**

    *Petitioner*,

v.   Case No.: 4:22cv102-MW/HTC

**SHERIFF WALT MCNEIL
OF LEON COUNTY,**

    *Respondent.*

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 6. A copy of the Report and Recommendation was mailed to Petitioner in the Leon County Detention Facility; however, the filing has been returned as undeliverable. ECF No. 7. Petitioner no longer appears to be detained in the Leon County Detention Facility, nor has he provided an updated address to the Clerk's Office for mailing purposes. Accordingly, upon consideration, no objections having been filed by the parties,

    **IT IS ORDERED:**

The report and recommendation, ECF No. 6, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's petition, ECF No. 1, is **DISMISSED with prejudice** as moot, for lack of jurisdiction, and for

Petitioner's failure to prosecute for not keeping this Court apprised of his address or complying with an order of this Court." The Clerk shall close the file.

**SO ORDERED on May 2, 2022.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
